

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0241-11

**MERRIL LEROY JESSOP, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON DISCRETIONARY REVIEW
## FROM THE THIRD COURT OF APPEALS,
### SCHLEICHER COUNTY

Per curiam. Johnson, J., dissents.

The petition for discretionary review is dismissed as improvidently granted.

Delivered March 28, 2012.
Do not publish.